**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:12-61574-CIV-ROSENBAUM/SELTZER**

CHARIES A. PASCOE, an individual,

    Plaintiff,

vs.

COMMERCIAL RECOVERY SYSTEMS,
INC., a Texas corporation,

    Defendant.
_____/

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, Charies A. Pascoe, an individual, and Defendant, Commercial Recovery Systems,. Inc., a Texas corporation, by and through their undersigned counsel, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this their joint notice of voluntary dismissal with prejudice.

| | |
|---|---|
| /s/ Robert W. Murphy | /s/ Dale T. Golden |
| LAW OFFICE OF ROBERT MURPHY | GOLDEN & SCAZ, PLLC |
| Robert W. Murphy, Esquire | Dale T. Golden, III, Esquire |
| Florida Bar No. 717223 | Florida Bar No. 0094080 |
| 1212 S.E. 2nd Avenue | 201 North Armenia Avenue, |
| Ft. Lauderdale, FL 33316 | Tampa, FL 33609 |
| (954) 763-8660 | (813) 251-5500 |
| (954) 763-8607 (FAX) | (813) 251-3675 (FAX) |
| Email: rphyu@aol.com | Email: dgolden@goldenscaz.com |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Dale T. Golden, Esquire, Golden & Scaz, PLLC, 201 North Armenia Avenue, Tampa, FL 33609, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Robert W. Murphy
Attorney