UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61574-CIV-ROSENBAUM/SELTZER

CHARIES PASCOE,

      Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Notice of Voluntary Dismissal. [D.E. 10]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Notice of Voluntary Dismissal With Prejudice [D.E. 10] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 15th day of January 2012.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record